IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-25CR-272-0 |
| SETH SIKES (01) | |

### INFORMATION

The United States Attorney Charges:

Count One
Providing Material Support to Terrorists
(Violation of 18 U.S.C. § 2339A)

In and around July 2025, in the Northern District of Texas, and elsewhere, the defendant, **Seth Sikes**, conspired and agreed with other persons known and unknown, to provide and attempt to provide material support and resources, as those terms is defined in 18 U.S.C. § 2339A(b)(1), and to conceal and disguise the nature of material support and resources, including property, services, training, communications equipment, weapons, explosives, personnel (including themselves), and transportation, knowing and intending that they were to be used in preparation for, and in carrying out, violations of 18 U.S.C. § 1361, and in preparation for and carrying out the concealment of an escape from said violations.

In violation of 18 U.S.C. § 2339A.

Information - Page 1

Forfeiture Notice
(18 U.S.C. §§ 924(d), 981, 982, 2332b(g)(5), and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this information, and under 18 U.S.C. §§ 924(d), 981, 982, 2332b(g)(5), and 28 U.S.C. § 2461(c), defendant, **Seth Sikes**, shall forfeit to the United States of America any property derived from, involved in, or used or intended to be used to commit or facilitate the offense in count one of this information, including any firearm and ammunition.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Email: Shawn.Smith2@usdoj.gov

**Information - Page 2**