IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SETH SIKES (01) | NO.  4:25-CR-272-O |

## GOVERNMENT'S NOTICE REGARDING RELATED CASE

The government files this notice to alert the Court that the above-captioned case is related to criminal case, 4:25-CR-259-P, filed in the Fort Worth Division, which is assigned to Judge Pittman.

Respectfully Submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY


*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
United States Attorney's Office
Burnett Plaza, Suite 1700
801 Cherry Street, Box #4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
E-mail: shawn.smith2@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:  Shane Lewis.

      *s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney