IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SETH SIKES (01),<br><br>   Defendant. | § § § § § § § § § § § § §   Criminal Action No. 4:25-CR-0272-O |

## ORDER

It is **ORDERED** that this matter be reassigned to the docket of United States District Judge Mark T. Pittman to conduct all further proceedings. The Clerk of Court is ordered to change the case letter designation to 'P'.

**SO ORDERED** on this **30th day** of **October, 2025.**

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**