IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-272-P |
| SETH SIKES (01) | |

## FACTUAL RESUME

PLEA:   One Count Information, Providing Material Support to Terrorists, violation of 18 U.S.C. § 2339A

MAXIMUM PENALTY:

- Imprisonment not to exceed 15 years;
- A fine not to exceed $250,000 or both a fine and imprisonment;
- A supervised-release term not to exceed three years, which would follow any prison term. If the defendant violates any of the supervised-release conditions, the Court could revoke the defendant's supervised release and order the defendant to serve additional time in prison;
- A $100 mandatory special assessment;
- Forfeiture of property; and
- Restitution

ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt to establish the offense charged are as follows:

First:   The defendant provided, attempted to provide, or conspired to provide material support or resources, or concealed or disguised, attempted to conceal or disguise, or conspired to conceal or disguise the nature, location, source, or ownership of material support or resources in the manner described in the indictment; and

Second:   The defendant knew, intended, or reasonably should have known as a foreseeable consequence of the conspiracy, that the material support or resources

were to be used to prepare for or carry out a violation of 18 U.S.C. § 1361, or to carry out the concealment of an escape from the commission of 18 U.S.C. § 1361.

STIPULATED FACTS:

Beginning on or about July 3, 2025, and continuing until on or about July 4, 2025, Sikes conspired with others to provide personnel, including himself, knowing and intending that it be used to carry out acts of terrorism, that is, violations of 18 U.S.C. § 1361, depredation against property of the United States, including the Prairieland Detention Center (Prairieland), which the U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (I.C.E.) was using to house illegal aliens awaiting deportation. The terrorism was calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct.

Sikes and his coconspirators adhered to an Antifa, anarchist ideology and organized cells or "affinity groups" around their beliefs. On or about July 3, Sikes and his coconspirators began planning a "direct action" at Prairieland, for the night of July 4, in order to influence and affect the conduct of the government by intimidation and coercion, and to retaliate against government conduct.

The coconspirators agreed to dress in "black bloc" in order to conceal their identities from law enforcement and provide cover for each other to commit crimes without being identified. That is, Sikes knew that he and his coconspirators dressing similarly and anonymously made it more difficult for police to identify those who were engaging in illegal conduct, including concealing the escape of those who committed destruction of government property in violation 18 U.S.C. § 1361. Sikes knew and intended to provide himself for that purpose.

After arriving at Prairieland, Sikes and other coconspirators shot fireworks at the facility, while others stood nearby wearing black bloc. Sikes also knew that another coconspirator would be spray painting the facility. Sikes stipulates that the damage to government property caused by his coconspirators exceeded $1,000.

Throughout the July 4 direct action, Coconspirator-1 stood around 200 meters away from the main group, armed with an AR-15 rifle that had a binary trigger. Sikes believed that Coconspirator-1's role was to use his rifle to intimidate officers of the United States government and persons assisting such officers, in order to provide time for other coconspirators to escape after engaging in the destruction of government property.

Sikes therefore agreed with his coconspirators to provide himself as support to the carrying out of 18 U.S.C. § 1361, and concealing the escape of such violations, knowing and intending that his person would be used for those purposes.

SIGNED this 27 day of OCTOBER, 2025.

_____
SETH SIKES
Defendant

_____
PHILLIP LINDER
Counsel for Defendant